UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PERRY ASHTON, et al., | No. 1:25-cv-00643-KES-FRS (SKO) |
| Plaintiffs, | ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE |
| v. | (Doc. 16) |
| AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, et al., | |
| Defendants. | |

On January 8, 2026, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 16.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  __**January 13, 2026**__             __/s/ *Sheila K. Oberto*__
                                                          UNITED STATES MAGISTRATE JUDGE